ANNA KOCHANOWITZ, as Administratrix, etc., of STANLEY KOCHANOWITZ, Deceased, Appellant, v. WILLIAM J. MONTGOMERY, Respondent.— Motion for

leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.